**STATE OF LOUISIANA**       *       **NO. 2024-KA-0244**

**VERSUS**       *       **COURT OF APPEAL**

**KENDALL GORDON**       *       **FOURTH CIRCUIT**

      *       **STATE OF LOUISIANA**

      *

      *

**\* \* \* \* \* \* \***

**JENKINS J., CONCURS IN THE RESULT**